# United States Bankruptcy Court
## Eastern District of Michigan

In re **Norman Joseph Straub**      Case No. **12-42842-MAR**
Debtor(s)      Chapter **13**

## STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED that attorneys Babut Law Offices, PLLC will substitute in as counsel in place of attorney, Robert P. DeWitt, Jr., as counsel for the above referenced Debtor.

Dated: June 30, 2014

| | |
|---|---|
| /s/ Thomas Paluchniak | /s/ Robert P. DeWitt, Jr. |
| Thomas Paluchniak | Robert P. DeWitt, Jr. |
| Babut Law Offices, PLLC | Attorney at Law |
| 700 Towner Street | 3221 W. Big Beaver.Road, Suite 102 A |
| Ypsilanti, MI 48198 | Troy, MI 480884 |
| 734-485-7000 | 248-649-1222 |
| P70284 | Robertdewitt@robertdewitt.com |

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Norman Joseph Straub**　　　　　　　　　　　　　　　　Case No. **12-42842-MAR**
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter **13**

## ORDER FOR SUBSTITUTION OF COUNSEL

　　IT IS HEREBY ORDERED that attorneys Babut Law Offices, PLLC, will substitute in as counsel in place of attorney, Robert P. DeWitt, Jr., as counsel for the above referenced Debtor.

Exhibit A