# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Norman Joseph Straub**                                   Case No.  **12-42842-MAR**
                          Debtor(s)                                Chapter  **13**

## ORDER ALLOWING DEBTOR TO INCUR
## DEBT OVER A THOUSAND DOLLARS

THE COURT having reviewed the Debtor Norman Joseph Straub's Motion to allow the Debtor to Incur Debt over a Thousand Dollars; all interested parties being served with the Motion and Notice; a Certificate of No Objections having been filed with the Court indicating that no parties responded or otherwise objected:

IT IS HEREBY ORDERED that the Debtor's Motion to allow the Debtor to Incur Debt Over a Thousand Dollars is GRANTED;

IT IS FURTHER ORDERED the Debtor is hereby authorized to receive a loan in the amount of Ten Thousand Dollars [$10,000.00] from the Public Service Credit Union; the loan is to be repaid over Fifteen Years [15] at Six Percent [6%] interest on terms separately documented in a note between the Debtor and the Public Service Credit Union; and this payment will be paid direct by the Debtor.

IT IS FURTHER ORDERED that this Order shall be valid for only Ninety (90) days after entry by the Court and Debtor shall provide the Trustee with copies of financing documents evidencing the terms of the loan, including the name and address of the creditor.

IT IS FURTHER ORDERED that in all other respects, the Order Confirming Plan entered and dated November 30, 2010, as last amended, shall remain in full force and effect.

.

**Signed on December 23, 2014**

                                             /s/ Mark A. Randon
                                             **Mark A. Randon**
                                             **United States Bankruptcy Judge**